# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRIS HOWARD,

    Plaintiff,

vs.

DAVID FOLEY, et al.,

    Defendants.

Case No. 2:13-cv-00028-MMD-GWF

**ORDER**

Motion to Strike (#4)

This matter comes before the Court on Plaintiff's Motion to Strike Exhibit A to his Complaint (#4), filed on January 17, 2013. Plaintiff filed his Complaint (#1) on January 7, 2013. Defendants have not yet filed an answer. Plaintiff now represents that he inadvertently filed as Exhibit A to his Complaint a document upon which he intended to make redactions. Plaintiff therefore seeks to strike Exhibit A from his Complaint. Under Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff is also permitted to amend his Complaint one time as a matter of course until 21 days after being served with an answer. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Motion to Strike Exhibit A to Plaintiff's Complaint (#4) is **granted**.

**IT IS FURTHER ORDERED** that Exhibit A to Plaintiff's Complaint (#1) is **stricken**.

DATED this 23rd day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge